# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1176

_____

Teresa J. Feucht,                 *

                                  *

       Appellant,          *

                                  *   Appeal from the United States

   v.                          *   District Court for the

                                  *   District of South Dakota.

Leeann Pierce, Chapter 7 Trustee,   *

                                  *   [UNPUBLISHED]

       Appellee.          *

_____

Submitted: May 16, 2008
Filed: June 3, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

     Chapter 7 debtor Teresa Feucht appeals from the district court's[1] decision affirming the bankruptcy court's[2] exemption order in favor of trustee Leeann Pierce. Upon review of the bankruptcy court's factual findings for clear error, and its legal

_____

   [1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable John E. Simko, United States Magistrate Judge for the District of South Dakota.

   [2]The Honorable Irvin N. Hoyt, Chief Judge, United States Bankruptcy Court for the District of South Dakota.

conclusions de novo, <u>see</u> <u>In re Foust</u>, 52 F.3d 766, 768 (8th Cir. 1995), we find no basis for reversal.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B

_____